**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**
**Orlando Division**

| | |
|---|---|
| IN RE:<br><br>Rebecca L Borders<br><br><br>Debtor | Case No:   6:12-bk-08414-CCJ<br><br><br>Chapter 13 |

**Chapter 13 Trustee's Notice of Completed Plan - With Discharge**

Comes now, Laurie K. Weatherford, Chapter 13 Trustee in the above styled action and files herewith her Notice of Completed Plan and respectfully shows the Court as follows:

The Chapter 13 Trustee has verified that the debtor in the above referenced Chapter 13 case has completed payments under the confirmed Chapter 13 Plan.

The Debtor has completed applicable requirements contained in 11 U.S.C. Section 1328, including but not limited to, domestic support obligation certifications contained in Section 1328(a) and certification of the completion of an approved instructional course concerning personal financial management set forth in Section 1328(g)(1) and therefore are entitled to discharge.

The Chapter 13 Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of the debtor in the above referenced case have been negotiated and no outstanding disbursements remain. This case will remain open pending receipt of the Chapter 13 Trustee's Final Report and Account. When said report is submitted, an order discharging the Chapter 13 Trustee will be entered in this case. **Any creditor wishing to object to the discharge of the Trustee for any reason, must file an Objection with the Court within 30 days of the date of this Notice.**

This is to Certify that I have this day served all creditors and parties in the interest as listed on the Court's matrix of 08/09/2017 in the foregoing matter with a copy of this Notice of Completed Plan and Request For Order Granting Debtor's Discharge by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Respectfully submitted this 9th day of August, 2017.

/S/ Laurie K. Weatherford
---
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com